SADIE BAVETTA, Appellant, v. VINCENZO BAVETTA, Respondent.— Judgment affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial upon the ground that the judgment is against the weight of the evidence.

BEECH HAVEN DEVELOPMENT CO., INC., Respondent, v. JOHN M. MILLER and JOHN A. TOWNS, Appellants, and LYDIA UNDERHILL and Another, Defendants. — Order denying the motion of defendants Towns and Miller to dismiss the complaint as to them reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The memorandum upon which plaintiff relies to satisfy the Statute of Frauds discloses that defendant Gilbert signed as agent for defendant Lydia Underhill. The agency of an individual signing a note or memorandum may be established by parol so as to bind a principal not mentioned in a note or memorandum, only where it is so signed as to indicate that the agent is in fact the principal. (Byrne v. McDonough, 114 Misc. 529; affd., 198 App. Div. 908; Bach Realty Corp. v. Whiten Realty Corp., 228 id. 361.) Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

JENNIE BIEZYNSKI, Appellant, v. WILLIAM BIEZYNSKI, Respondent.— Order denying motion to direct defendant to sign an authorization for reinstatement of certain telephone numbers for plaintiff's account affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents.